UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER B. BRADLEY,<br><br>        Petitioner,<br><br>    v.<br><br>BREWER,<br><br>        Respondent. | No. 2:22-cv-02120 KJM AC P<br><br>ORDER |

Petitioner filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 7. Neither party filed objections. In June 2023, the U.S. Supreme Court issued its decision in *Jones v. Hendrix*, 599 U.S. ___, 2023 WL 4110233 (June 22, 2023). That decision may be relevant to this case, so the court **refers** the matter back to the magistrate judge to consider the effect of the decision, if any. DATED: July 24, 2023.

CHIEF UNITED STATES DISTRICT JUDGE