UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER B. BRADLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BREWER,<br><br>　　　　　Respondent. | No.  2:22-cv-02120 KJM AC P<br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus under 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 9.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 28, 2023 (ECF No. 9), are adopted;

2. Petitioner's application for a writ of habeas corpus is dismissed for lack of jurisdiction;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close this case.

DATED: September 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE